AO 91 (Rev. 08/09)  Criminal Complaint                                       AUSA Carmen M. Lineberger

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Victoria Mia DeJesus, | ) | Case No. 17-043-FJL |
| D'Angelo Figueroa, | ) | |
| Shay Jackson Flores, | ) | |
| and Jose Anibal Valentine, | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.

APR 25 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 23, 2016__ in the county of __Saint Lucie__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit theft from a federal firearms licensee |
| 18 U.S.C. § 922(u) | Theft from a federal firearms licensee |
| 18 U.S.C. § 922(j) | Receipt of stolen firearms |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Linda L. Giraldo, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/25/2017

_____
*Judge's signature*

City and state:   Fort Pierce, Florida          Frank J. Lynch, Jr., Chief U.S. Magistrate Judge
                                                *Printed name and title*

# AFFIDAVIT OF
# LINDA WILKS, SPECIAL AGENT
# BUREAU OF ALCOHOL, TOBACCO AND FIREARMS (ATF)

I, Linda L. Wilks, employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), having been duly sworn, do hereby depose and state as follows:

1. I am currently a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have served in that capacity, since December of 2013, investigating violations of federal law. I am a graduate of the Criminal Investigative Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to being employed by ATF, I was employed by the Federal Air Marshal Service (FAMS), as an Air Marshal in the New York Field Office. During my career as an Air Marshal, I served as a Federal Task Force Agent assigned to the New York Police Department Intelligence Division. I served as a FAMS Field Intelligence Representative for the New York Field Office and as a FAMS Tactical Information Instructor. Currently I am assigned to general investigations targeting violent criminals, gangs, and organized crime groups.

2. I have been conducting an investigation involving a burglary and theft of firearms from a Federal Firearms Licensee (FFL), Bayshore Pawn, located at 1812 SW Bayshore Blvd, Port St Lucie, FL 34984. I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. Although familiar with the facts and circumstances of this investigation, I have not included each and every fact known to me about the matters set forth herein, but rather those facts necessary to establish the requisite probable cause to believe that Victoria Mia DEJESUS, D'Angelo FIGUEROA, Shay Jackson FLORES and Jose Anibal VALENTINE have committed

the crimes of conspiracy to commit theft from a federal firearms licensee, in violation of 18 U.S.C. § 371; theft from a federal firearms licensee, in violation of 18 U.S.C. § 922(u); and receipt of stolen firearms, in violation of 18 U.S.C. § 922(j);

3. On July 23, 2016, at approximately 2:37 am, two suspects, forcibly entered the commercial business Bayshore Pawn, located at 1812 SW Bayshore Blvd, Port St Lucie, FL 34984. Bayshore Pawn was a licensed Federal Firearms Licensee (FFL) and engaged in the business in dealing firearms. Law enforcement subsequently determined that the intruders used a concrete cinder block to break through the back door of the business.

4. On July 25, 2016, I obtained the July 23, 2016 audio/visual surveillance recordings from Bayshore Pawn. During my review of the recording, I observed that, once entering the backdoor of the business, two fully covered individuals with gloves forced their way through the door of the office. While inside of the office, the two males removed jewelry and firearms from the standing safe. While the two individuals were inside of the business, on two separate occasions, a distinctive cellular phone ringtone for incoming calls can be heard in the recording. The two suspects left the premises with sixteen (16) firearms, jewelry valued at $15,000 and approximately $1,400 in United States Currency. After the burglary, Bayshore Pawn provided a detailed inventory of the stolen jewelry and firearms to law enforcement.

5. I recognized the ringtone heard in the Bayshore Pawn audio-video surveillance, and later played the ringtone, for a manager of a T-Mobile cellular telephone store, who identified it as the T-Mobile ringtone, "Life's Good."

6. In the vicinity of Bayshore Pawn Shop, I identified three cellular communication towers: AT&T Wireless, located at 1365 SW Biltmore Street, Port Saint Lucie, FL 34983 (Cell Tower #1); AT&T Wireless, located at 601 SW Biltmore Drive, Port Saint Lucie, FL 34983 (Cell

Tower #2); and Metro PCS, Verizon, Sprint/Nextel, T-Mobile, and AT&T Wireless, located at 450 SW Thornhill Drive, Port Saint Lucie, FL 34984.

7. On July 29, 2016, Chief United States Magistrate Frank J. Lynch, Jr., signed an Order, requiring the aforementioned service providers to produce all records and other information (not including the contents of communications) about all communications made using the aforementioned cellular communication towers on July 23, 2016 between 1:45 am to 3:45 am (EST).( Misc. No. 16-89-FJL)

8. I subsequently learned of a number of other similar smash and grab burglaries, and robberies, occurring in St. Lucie and Palm Beach Counties.

9. On July 26, 2016, Boynton Beach Police Department arrested D'Angelo FIGUEROA at the Motel 6, located at 1310 West Lantana Road, in Lantana, Palm Beach County, Florida, pursuant to an arrest warrant charging him with a gunpoint robbery. Pursuant to arrest, police confiscated an LG MS330 cellular telephone. Police executed a Search Warrant on FIGUEROA's LG MS330 cellular telephone, which revealed that the last ringtone used by FIGUEROA was "Life Is Good" and the cellular telephone's assigned number is (561) 856-7283.

10. On July 20, 2016, FIGUEROA's cellular phone received a text message link from (561) 856-7283, labeled as contact "TT", later determined to be Victoria Mia DEJESUS, which stated "Read http://cbs12.com/news/local/smashand- grab-thieves-use-pick-axe-inport-st-lucie#". The link was to a news report about a July 19, 2016, business burglary at Jewelry Pawn Store in Port Saint Lucie, where two individuals were covered in black from head to toe, in a manner similar to the Bayshore Pawn burglary.

11. The search of FIGUEROA's phone also revealed a Facebook Messenger conversation between FIGUEROA and another Facebook user, later identified as B.C. On July 24, 2016, between 12:56 pm and 1:02 pm, five images were sent from FIGUEROA to B.C., with FIGUEROA asking "What is it glock what". B.C. replies "45", to which FIGUEROA next stated "Yeah but it say like glock 26 or 25 or a number like that," to which B.C. replied "36". Bayshore Pawn reported one (1) Glock model 36, 45 cal. semi-automatic pistol stolen during the burglary.

12. On August 17, 2016, at approximately 2:30 pm, Agents with the South County Task Force arrested Victoria DEJESUS for possession of vehicle, reported stolen on July 30, 2016, from Boynton Beach, Palm Beach County, Florida. Pursuant to arrest, Agents seized a black purse and tote bag that DEJESUS had in her possession. After obtaining a search warrant, Agents searched the black purse and located a Silver Apple iPhone 6s Model A 1688 cellular telephone, assigned number (561) 856-7283.

13. A review of the contents of DEJESUS' iPhone 6s revealed that on July 23, 2016, at 2:50:15 am, her phone using (561) 856-7283 sent a text to FIGUEROA's number (561) 856-1600 stating "I can't ride with y'all ??" Her phone revealed incoming calls at 2:50 am and 3:30 am from FIGUEROA's number (561) 856-1600.

14. On DEJESUS' iPhone 6s, I located seven video images recorded with the cellular telephone, in sequence on July 23, 2016, beginning at approximately 4:37am, showing three light to medium complexioned males, identified as Shay Jackson FLORES, Jose Anibal VALENTINE, and D'Angelo FIGUEROA, posing with numerous semi-automatic firearms. Embedded metadata on the images show GPS coordinates of 26.6181, -80.0645, which is a multifamily residence located near the intersection of North 2nd Avenue and North B Street in

Lake Worth, Florida.

15. On DEJESUS' iPhone 6s, I found that on July 25, 2016, at approximately 11:17 pm, a link was sent to FIGUEROA's number (561) 856-1600 to a news story http://m.wpbf.com/news/thieves-steals-morethan-dozen-gun, referring to the burglary of Bayshore Pawn.

16. In addition, the Web History on DEJESUS' iPhone 6s lists a July 30, 2016, 5:22 am, Google Search "two thefts port saint lucie"; a July 30, 2016, 5:23 am, "VIDEO: Pickaxe used in Port St. Lucie jewelry store heist - wptv.com"; and an August 3, 2016, 5:29 pm, news story "Pickaxe burglars strike again in Port St. Lucie, police say - wptv.com"

17. Pursuant to the July 29, 2016, Order of Chief United States Magistrate Lynch, I received records from T-MOBILE US, INC, indicating that the following numbers made calls on July 23, 2016, while in the vicinity of and using the cell tower located at 450 SW Thornhill Drive Port Saint Lucie, Florida 34984.

- *07/23/2016   02:39:00   (561) 856-1600 (FIGUEROA) received a call from (407) 432-3108 (T-MOBILE). The call lasted approximately 66 seconds*

- *07/23/2016   02:45:24   (561) 856-1600 (FIGUEROA) received a call from (407) 432-3108 (T-MOBILE). The call lasted approximately 5 seconds.*

- *07/23/2016   02:47:10   (561) 856-1600 (FIGUEROA) received a call from (407) 432-3108 (T-MOBILE). The call lasted approximately 5 seconds.*

- *07/23/2016   02:48:40   (561) 856-1600 (FIGUEROA) called (407) 432-3108 back. The call lasted 1 second.*

- *07/23/2016   02:50:30   (561) 856-1600 (FIGUEROA) called (561) 856-7283 (DEJESUS) The call lasted 17 seconds.*

18. DEJESUS' iPhone 6s lists the contact for (407) 432-3108 as "HotboyFrank". D'Angelo FIGUEROA's white LG cellular phone 6s lists the contact for (407) 432-3108 as "Swayze." In

the early morning hours of July 23, 2016, D'Angelo FIGUEROA's phone registered six contacts with "Swayze."

19. A Law Enforcement open source database linked the phone number (407) 432-3108 with Shay Jackson FLORES. FLORES' Florida D.A.V.I.D. driver's license records indicate that he lives at 201 North B Street Apt. 1, Lake Worth, Florida 33460, which is the area plotted by the GPS coordinates, embedded in the July 23, 2016 videos found on DEJESUS' iPhone 6s.

20. I compared FLORES' Florida D.A.V.I.D. driver's license photo to the images found on DEJESUS's iphone 6s, and other images on FIGUEROA's cellular phone. In my opinion, Shay Jackson FLORES is the darker complexioned male, posing with numerous semi-automatic firearms in the DEJESUS' iPhone 6s July 23, 2016 videos.

21. Based on the aforementioned information, I believe the two calls heard in the Bayshore Pawn surveillance video during the July 23, 2016 burglary, are the two calls placed by FLORES's cellular phone to FIGUEROA's cellular phone.

22. In order to identify the third male standing in the middle of FIGUEROA and FLORES, holding what appears to be an Assault Rifle, I sent three pictures, extracted from FIGUEROA's cellular phone, to ATF Task Force Officer Richard Silva for input into the Palm Beach Sheriff's Office's Fusion Center facial recognition system. Based upon visible tattoos and facial features, the system reported a match to Jose Anibal VALENTINE, Jr. I also compared Florida D.A.V.I.D. driver's license photo to the images found on DEJESUS's iphone 6s, and other images on FIGUEROA's cellular phone. In my opinion, Jose Anibal VALENTINE, Jr. is the male standing between FLORES and FIGUEROA, posing with AR15 rifle in the DEJESUS' iPhone 6s July 23, 2016 videos.

23. A fellow ATF agent, assigned to the cell phone exploitation group, performed an analysis

of July 23, 2016, Call Detail Records of FIGUEROA, DEJESUS and FLORES, using a system called "Geotime", which generates a video that plots a cellular phone's geographic movement. In this video, I noted that the aforementioned three cellular telephones travel north from Palm Beach County, and stop in the vicinity of the Bayshore Pawn Shop, at the time of the Burglary. The cellular phones then traveled south to the Lake Worth area, near the vicinity of FLORES' residence.

24. On March 3, 2017, I served a subpoena on the Motel 6, located at 1310 West Lantana Road in Lantana, Palm Beach County, Florida. Motel 6 records reflect that room 217, where FIGUEROA was arrested, on July 26, 2016, was registered to DEJESUS, who paid $313.56 in cash, for two adjoining rooms.

25. Palm Beach County Sheriff's Office (PBSO) Detective Stephen Barborini of the Firearms Investigative Unit Violent Crimes Division, an expert in firearm identification, examined images found on DEJESUS's Iphone 6s, and rendered his expert opinion. In the images, FLORES, the first male left to right, has a semi-automatic pistol in each hand. Detective Barborini believes that FLORES is holding a semi-automatic pistol in his right hand with a rail mounted tactical type light and a visible hammer. Det. Barborini advised that the features were consistent with a Sig Sauer MK25, 9mm pistol with a Streamlight TLR-1 rail mounted light. In his left hand, FLORES appears to be holding a green semi-automatic pistol, with green frame. Detective Barborini examined the image and stated that this firearm is consistent with a Glock model 26 or model 36, which are compact Glock variants. Bayshore Pawn Shop reported one (1) Sig Sauer MK25 pistol with rail mounted light and one (1) Green Glock model 26, 9mm semi-automatic pistol stolen during the burglary.

26. In the image, a male identified as Jose Anibal VALENTINE, the second male in the

photograph left to right, appears to be carrying three (3) firearms. In his left hand, he appears to be holding an Assault Rifle style firearm, along with a firearm in each side of his waistband. Detective Barborini stated that VALENTINE appears to be holding a DPMS AR15 ORACLE rifle in his left hand and has a semi-automatic pistol consistent with a Glock model 26 or model 36 in his left side waistband. Bayshore Pawn reported one (1) AR15, DPMS, 556 rifle and one (1) Glock model 36, 45 cal. semi-automatic pistol stolen during the burglary.

27. In the image, FIGUEROA, the third male in the photograph left to right, appears to be carrying four (4) firearms. He is holding one (1) semi-automatic pistol in his left hand, and revolver in his right hand pointed towards the camera and one firearm in each side of his waistband. Detective Barborini stated that FIGUEROA appears to be holding a firearm consistent with a Smith & Wesson revolver in his right hand, and semi-automatic pistols consistent with a Smith & Wesson SD series in each of his left hand, and tucked in the left waistband of his pants. Bayshore Pawn Shop reported one (1) Smith & Wesson 38 special, 38 cal. revolver and two (2) Smith & Wesson SD series, semi-automatic pistols stolen during the burglary: Smith &Wesson SD40VE, 40cal. and Smith &Wesson SD9, 9mm cal.

28. ATF served two Facebook search warrants, issued on November 14, 2016, by Chief United States Magistrate Lynch, for FIGUEROA and B. C. Facebook Account records. (Misc. No 16–39, 16–40). FIGUEROA's Facebook account records show that, as referenced in paragraph 11, FIGUEROA sent several images of firearms, appearing to be a .22 cal. Colt Woodsman; a Smith & Wesson SD series semi-automatic firearm; and a Glock model 36 with Serial number FKY245, to B.C. on July 24, 2016, the day after the Bayshore Pawn burglary. The firearms were like those reported stolen from Bayshore Pawn on July 23, 2016, including the Glock model 36 with the Serial number FKY245. FIGUEROA's Facebook account records

also contain a picture of a male with glasses, covering his face with what appears to be a white shirt. The photograph closely resembles the eyes and glasses of FIGUEROA, as well as the manner of dress of one of the suspects observed in the Bayshore Pawn burglary video.

29. After finding the Facebook Messenger conversations between FIGUEROA and B.C., I reviewed B.C's public Facebook profile and found that he had a Facebook Messenger Friend "Joe CMC", who in my opinion, is Jose Anibal VALENTINE.

30. The review of the contents of FIGUEROA's cellular phone revealed the below Facebook Messenger conversations, between FIGUEROA and Facebook Account ID #100011783692660 Joe Cmc, VALENTINE, July 22, 2016 to July 25, 2016. In the conversation on July 22, 2016, it I believe that FIGUEROA and VALENTINE are discussing getting money from committing crimes (eating and getting work) and whose turn it is to assist in committing crime for the group.

> Start Time: 7/22/2016 9:42:18 PM(UTC-4)
> Last Activity: 7/25/2016 7:31:57 PM(UTC-4)
> Participants: 100011783692660 Joe Cmc, 100001450786276 D'Angelo Figueroa
> From: 100011783692660 Joe Cmc
> Timestamp: 7/22/2016 9:42:18 PM(UTC-4)
> Source App: Facebook messenger
> Body:
> **Let him eat we aant doing shit if we don't they go to some on els**
> \-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
> From: 100001450786276 D'Angelo Figueroa
> Timestamp: 7/22/2016 9:42:47 PM(UTC-4)
> Source App: Facebook messenger
> Body:
> **Bra let him eat we aint eating**
> \-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
> From: 100011783692660 Joe Cmc
> Timestamp: 7/22/2016 9:42:54 PM(UTC-4)
> Source App: Facebook messenger
> Body:
> **We build bro we them niggas stop for getting we can't fall**
> \-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
> From: 100001450786276 D'Angelo Figueroa
> Timestamp: 7/22/2016 9:43:11 PM(UTC-4)
> Source App: Facebook messenger

9

Body:
**We gotta get up first**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: 100011783692660 Joe Cmc
Timestamp: 7/22/2016 9:43:12 PM(UTC-4)
Source App: Facebook messenger
Body:
**We eating we just keep being dummb**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: 100011783692660 Joe Cmc
Timestamp: 7/22/2016 9:43:28 PM(UTC-4)
Source App: Facebook messenger
Body:
**We eat a lot**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: 100001450786276 D'Angelo Figueroa
Timestamp: 7/22/2016 9:44:00 PM(UTC-4)
Source App: Facebook messenger
Body:
**Bra idk y you keep playing yo own brudda damn ill die bout yo sleep ass**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: 100011783692660 Joe Cmc
Timestamp: 7/22/2016 9:45:12 PM(UTC-4)
Source App: Facebook messenger
Body:
**Let's get some work then an jump back up**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: 100011783692660 Joe Cmc
Timestamp: 7/22/2016 9:46:55 PM(UTC-4)
Source App: Facebook messenger
Body:
**Blood of my bother**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: 100001450786276 D'Angelo Figueroa
Timestamp: 7/22/2016 9:47:52 PM(UTC-4)
Source App: Facebook messenger
Body:
**Bruh let me get this for a lil let me eat. Once its up. Its yours**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: 100001450786276 D'Angelo Figueroa
Timestamp: 7/22/2016 9:48:26 PM(UTC-4)
Source App: Facebook messenger
Body:
**But ill i ask is as i work it i can eat**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: 100001450786276 D'Angelo Figueroa

10

Timestamp: 7/22/2016 9:48:43 PM(UTC-4)
Source App: Facebook messenger
Body:
**Bruh u kno i eat you eat**
------------------------------
From: 100001450786276 D'Angelo Figueroa
Timestamp: 7/22/2016 9:48:58 PM(UTC-4)
Source App: Facebook messenger
Body:
**Reggi is up next**
------------------------------
From: 100011783692660 Joe Cmc
Timestamp: 7/22/2016 9:49:01 PM(UTC-4)
Source App: Facebook messenger
Body:
**Ight bet its all u do yo thank**
------------------------------
From: 100001450786276 D'Angelo Figueroa
Timestamp: 7/22/2016 9:49:17 PM(UTC-4)
Source App: Facebook messenger
Body:
**Ighy bet brother**
------------------------------
From: 100011783692660 Joe Cmc
Timestamp: 7/22/2016 9:56:29 PM(UTC-4)
Source App: Facebook messenger
Body:
**U drunk nigga**
------------------------------
From: 100001450786276 D'Angelo Figueroa
Timestamp: 7/22/2016 9:58:44 PM(UTC-4)
Source App: Facebook messenger
Attachments:
#1: chats\Facebook messenger\attachments28\86c8fccf-4ff1-4bf8-80ad-bfea5865bd1a_thumb.jpg
Body:


------------------------------
From: 100011783692660 Joe Cmc
Timestamp: 7/23/2016 11:47:24 AM(UTC-4)
Source App: Facebook messenger
Body:
You missed a call from Joe.
------------------------------
From: 100011783692660 Joe Cmc
Timestamp: 7/23/2016 11:49:29 AM(UTC-4)

11

>  Source App: Facebook messenger
>  Body:
>  Joe called you.
>  ------------------------------
>  From: 100011783692660 Joe Cmc
>  Timestamp: 7/23/2016 1:09:33 PM(UTC-4)
>  Source App: Facebook messenger
>  Body:
>  You missed a call from Joe.

31. In addition to listing Facebook Messenger conversations with Facebook Account ID #100011783692660 Joe Cmc, FIGUEROA's cellular phone also listed a contact "Cmc", with (561) 729-3196, as being a frequent contact. A review of the contents of DEJESUS's cellular phone also lists the aforementioned number as contact "LongLip" and was also in frequent contact. I believe that (561) 729-3196 was the cellular number for the owner of the Facebook Account ID #100011783692660, Joe Cmc, and Jose Anibal VALENTINE.

32. On November 30, 2016, I interviewed the manager of Bayshore Pawn, showing him photographs found on DEJESUS' iPhone 6s, and FIGUEROA's cellular phone and Facebook account for the purpose of jewelry and firearms identification. In a number of these photographs, the manager identified pieces of gold jewelry, including pendants, necklaces, and rings being worn by FIGUEROA, VALENTINE and FLORES, as being like jewelry taken in the burglary.

33. I also showed the manager of Bayshore Pawn the images of FIGUEROA, VALENTINE and FLORES holding firearms. The manager identified the Sig Sauer PPK 226 with a flashlight and the green Glock model 26 9mm with a green and black finish, held by FLORES; the DPMS all black AR15 rifle, held by VALENTINE; and the silver and black Smith and Wesson SD9, held by FIGUEROA, as being like firearms taken in the burglary.

34. On March 15, 2017, ATF Special Agent Michael Kelly, an Interstate Nexus Expert, reviewed the list of the various types of firearms stolen from Bayshore Pawn, and confirmed that fifteen (15) of the sixteen (16) firearms stolen from Bayshore Pawn's inventory were shipped or transported in interstate or foreign commerce.

35. Shay Jackson FLORES was previously convicted of a crime punishable by imprisonment for a term exceeding one year in the state of Florida. The Florida Office of Executive Clemency provided me with a certificate of no pardon, indicating that there is no record of restoration of civil rights; specific authority to own possess or use firearms; or a pardon of any kind having been granted.

36. Based on the aforementioned information and investigation, I submit that there is probable cause to believe that Victoria Mia DEJESUS, D'Angelo FIGUEROA, Shay Jackson FLORES and Jose Anibal VALENTINE have committed crimes in violation of 18 U.S.C. § 371, conspiracy to commit theft from a federal firearms licensee; 18 U.S.C. §§ 922(u) and 2, theft from a federal firearms licensee; and 18 U.S.C. §§ 922(j) and 2, receipt of stolen firearms.

FURTHER AFFIANT SAYETH NAUGHT.

_____
LINDA L. WILKS,
Special Agent
Bureau of Alcohol, Tobacco and Firearms

Sworn to me and subscribed before me this 21 day of April, 2017, at Fort Pierce, Florida.

_____
FRANK J. LYNCH, Jr.
Chief United States Magistrate Judge