UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-CR-14036-DMM(s)

UNITED STATES OF AMERICA,

v.

VICTORIA MIA DEJESUS
                    Defendant.
_____/

## STIPULATED FACTUAL BASIS IN SUPPORT OF GUILTY PLEA AGREEMENT

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and **VICTORIA MIA DEJESUS**, together with her counsel, admits the government can prove the allegations contained within Count Three, Receipt of Stolen Firearms, in violation of Title 18, United States Code, §§ 922(j) and 2; and Counts Four and Five (Attempt), Interference with Commerce by Threats or Violence (Robbery), in violation of Title 18, United States Code, §§ 1951(a) and 2; and also stipulates that those allegations, elements of the crime and the following recitation of the facts shall constitute the underlying factual basis for the entry of a plea of guilty to the Indictment in this case.

### COUNT THREE - RECEIPT OF STOLEN FIREARMS

On July 23, 2016, at approximately 2:37 am, two suspects, forcibly entered the commercial business Bayshore Pawn, located at 1812 SW Bayshore Blvd, Port St Lucie, FL 34984. Bayshore Pawn was a licensed Federal Firearms Licensee (FFL) and engaged in the business in dealing firearms. Law enforcement subsequently determined that the intruders

1

used a concrete cinder block to break through the back door of the business.

On July 25, 2016, ATF SA Wilks obtained the July 23, 2016 audio/visual surveillance recordings from Bayshore Pawn, whcich shows that, once entering the glass backdoor of the business, two fully covered individuals with gloves forced their way through the door of the office. While inside of the office, the two males removed jewelry and firearms from the standing safe. While the two individuals were inside of the business, on two separate occasions, a distinctive cellular phone ringtone for incoming calls can be heard in the recording. The two suspects left the premises with sixteen (16) firearms, jewelry valued at $15,000 and approximately $1,400 in United States Currency. After the burglary, Bayshore Pawn provided a detailed inventory of the stolen jewelry and firearms to law enforcement.

ATF Special Agent Michael Kelly, an Interstate Nexus Expert, reviewed the list of the various types of firearms stolen from Bayshore Pawn, and confirmed that fifteen (15) of the sixteen (16) firearms stolen from Bayshore Pawn's inventory were shipped or transported in interstate or foreign commerce.

SA Wilks recognized the ringtone heard in the Bayshore Pawn audio-video surveillance, and later played the ringtone, for a manager of a T-Mobile cellular telephone store, who identified it as the T-Mobile ringtone, "Life's Good."

In the vicinity of Bayshore Pawn Shop, are three cellular communication towers: AT&T Wireless, located at 1365 SW Biltmore Street, Port Saint Lucie, FL 34983 (Cell Tower #1); AT&T Wireless, located at 601 SW Biltmore Drive, Port Saint Lucie, FL 34983 (Cell Tower #2); and Metro PCS, Verizon, Sprint/Nextel, T-Mobile, and AT&T Wireless, located at 450 SW Thornhill Drive, Port Saint Lucie, FL 34984.

On July 29, 2016, Chief United States Magistrate Frank J. Lynch, Jr., signed an Order, requiring the aforementioned service providers to

produce all records and other information (not including the contents of communications) about all communications made using the aforementioned cellular communication towers on July 23, 2016 between 1:45 am to 3:45 am (EST).( Misc. No. 16-89-FJL)

Subsequently, SA Wilks learned there was a series of similar smash and grab burglaries, and robberies, occurring in St. Lucie and Palm Beach Counties. SA Wilks began working along with Boynton Beach Police Department Detectives, who provided her with information.

On July 26, 2016, Boynton Beach Police Department arrested D'Angelo FIGUEROA after he exited a room rented at the Motel 6, located at 1310 West Lantana Road, in Lantana, Palm Beach County, Florida, pursuant to an arrest warrant charging him with a gunpoint robbery of a heroin buyer. Shay Jackson FLORES was identified on scene and released. Pursuant to arrest, police confiscated an LG MS330 cellular telephone. Police executed a Search Warrant on FIGUEROA's LG MS330 cellular telephone.

SA Wilks obtained a copy of the FIGUEROA cellphone dump, which revealed that the last ringtone used by FIGUEROA was "Life Is Good", the ringtone heard in the Bayshore Pawn video. The cellular telephone's assigned number is (561) 856-1600. The cell phone dump also revealed that on July 20, 2016, FIGUEROA's cellular phone received a text message link from (561) 856-7283, labeled as contact "TT", later determined to be Victoria Mia DEJESUS, which stated "Readhttp://cbs12.com/news/local/smashand- grab-thieves-use-pick-axe-inport-st-lucie#". The link was to a news report about a July 19, 2016, business burglary at Jewelry Pawn Store in Port Saint Lucie, where two individuals were covered in black from head to toe in a manner similar to the Bayshore Pawn burglary.

FIGUEROA's phone also revealed a Facebook Messenger conversation between FIGUEROA and another Facebook user, later identified as B.C. The day after the Bayshore Pawn burglary, on July 24, 2016, between

3

12:56 pm and 1:02 pm, five images were sent from FIGUEROA to B.C., with FIGUEROA asking "What is it glock what". B.C. replies "45", to which FIGUEROA next stated "Yeah but it say like glock 26 or 25 or a number like that," to which B.C. replied "36". Bayshore Pawn reported one (1) Glock model 36, 45 cal. semi-automatic pistol stolen during the burglary.

On August 17, 2016, at approximately 2:30 pm, Agents with the South County Task Force arrested Victoria DEJESUS for possession of vehicle, reported stolen on July 30, 2016, from Boynton Beach, Palm Beach County, Florida. Pursuant to arrest, Agents seized a black purse and tote bag that DEJESUS had in her possession. After obtaining a search warrant, Agents searched the black purse and located a Silver Apple iPhone 6s Model A 1688 cellular telephone, assigned number (561) 856-7283.

SA Wilks obtained a copy of the DEJESUS cellphone dump, which revealed on July 23, 2016, at 2:50:15 am, her phone using (561) 856-7283 sent a text to FIGUEROA's number (561) 856-1600 stating "I can't ride with y'all ??" Her phone revealed incoming calls at 2:50 am and 3:30 am from FIGUEROA's number (561) 856-1600.

On DEJESUS' iPhone 6s, are seven video images recorded with the cellular telephone, in sequence on July 23, 2016, beginning at approximately 4:37am, showing three light to medium complexioned males, identified as Shay Jackson FLORES, Jose Anibal VALENTINE, and D'Angelo FIGUEROA, posing with numerous semi-automatic firearms in side of a residence, determined later to be the residence of Shay Jackson FLORES. Embedded metadata on the images show GPS coordinates of 26.6181, -80.0645, which is a multifamily residence located near the intersection of North 2nd Avenue and North B Street in Lake Worth, Florida.

On DEJESUS' iPhone 6s, on July 25, 2016, at approximately 11:17 pm, a link was sent to FIGUEROA's number (561) 856-1600 to a news story http://m.wpbf.com/news/thieves-steals-morethan-dozen-gun, referring to the burglary of Bayshore Pawn.

4

In addition, the Web History on DEJESUS' iPhone 6s lists a July 30, 2016, 5:22 am, Google Search "two thefts port saint lucie"; a July 30, 2016, 5:23 am, "VIDEO: Pickaxe used in Port St. Lucie jewelry store heist - wptv.com"; and an August 3, 2016, 5:29 pm, news story "Pickaxe burglars strike again in Port St. Lucie, police say - wptv.com"

Pursuant to the July 29, 2016, Order of Chief United States Magistrate Lynch, T-MOBILE US, INC records indicate that the following numbers made calls on July 23, 2016, while in the vicinity of and using the cell tower located at 450 SW Thornhill Drive Port Saint Lucie, Florida 34984, which is approximately a half mile from Bayshore Pawn,

- 07/23/2016   02:39:00   (561) 856-1600 (FIGUEROA) received a call from (407) 432-3108 (FLORES). The call lasted approximately 66 seconds

- 07/23/2016   02:45:24   (561) 856-1600 (FIGUEROA) received a call from (407) 432-3108 (FLORES). The call lasted approximately 5 seconds.

- 07/23/2016   02:47:10   (561) 856-1600 (FIGUEROA) received a call from (407) 432-3108 (FLORES). The call lasted approximately 5 seconds.

- 07/23/2016   02:48:40   (561) 856-1600 (FIGUEROA) called (407) 432-3108 (FLORES) back. The call lasted 1 second.

- 07/23/2016   02:50:30   (561) 856-1600 (FIGUEROA) called (561) 856-7283 (DEJESUS) The call lasted 17 seconds.

All of the aforementioned phones were picked up by the 450 SW Thornhill Drive Port Saint Lucie, Florida tower.

DEJESUS' iPhone 6s lists the contact for (407) 432-3108 as "HotboyFrank". D'Angelo FIGUEROA's white LG cellular phone 6s lists the contact for (407) 432-3108 as "Swayze." In the early morning hours of July 23, 2016, D'Angelo FIGUEROA's phone registered six contacts with "Swayze."

A Law Enforcement open source database linked the phone number (407) 432-3108 with Shay Jackson FLORES. FLORES' Florida D.A.V.I.D. driver's license records indicate that he lived at 201 North B Street

5

Apt. 1, Lake Worth, Florida 33460, which is the area plotted by the GPS coordinates, embedded in the metadata of the July 23, 2016 videos found on DEJESUS' iPhone 6s.

SA Wilks compared FLORES' Florida D.A.V.I.D. driver's license photo to the images found on DEJESUS's iphone 6s, and other images on FIGUEROA's cellular phone. Shay Jackson FLORES is the darker complexioned male, posing with numerous semi-automatic firearms in the DEJESUS' iPhone 6s July 23, 2016 videos.

Based on the aforementioned information, the evidence shows that the two incoming calls heard in the Bayshore Pawn surveillance video during the July 23, 2016 burglary, are the two calls placed by FLORES's cellular phone to FIGUEROA's cellular phone.

A fellow ATF agent, assigned to the cell phone exploitation group, performed an analysis of July 23, 2016, Call Detail Records of FIGUEROA, DEJESUS and FLORES, using a system called "Geotime", which generates a video that plots a cellular phone's geographic movement. In this video the aforementioned three cellular telephones travel, hitting towers heading north from Palm Beach County, and they all stop in the vicinity of the Bayshore Pawn Shop, near the time of the Burglary. The cellular phones of FIGUEROA, DEJESUS, AND FLORES then traveled south to the Lake Worth area, in the vicinity of FLORES' residence.

In order to identify the third male standing in the middle of FIGUEROA and FLORES, holding what appears to be an Assault Rifle, SA Wilks sent three pictures, extracted from FIGUEROA's cellular phone, to ATF Task Force Officer Richard Silva for input into the Palm Beach Sheriff's Office's Fusion Center facial recognition system. Based upon visible tattoos and facial features, the system reported a match to Jose Anibal VALENTINE, Jr. SA Wilks compared Florida D.A.V.I.D. driver's license photo to the images found on DEJESUS's iphone 6s, and other images on FIGUEROA's cellular phone. Jose Anibal VALENTINE, Jr.

6

is the male standing between FLORES and FIGUEROA, posing with AR15 rifle in the DEJESUS' iPhone 6s July 23, 2016 videos.

On March 3, 2017, SA Wilks served a subpoena on the Motel 6, located at 1310 West Lantana Road in Lantana, Palm Beach County, Florida. Motel 6 records reflect that the room where FIGUEROA was arrested #217, on July 26, 2016, was registered to DEJESUS, who paid $313.56 in cash, for two adjoining rooms.

Palm Beach County Sheriff's Office (PBSO) Detective Stephen Barborini of the Firearms Investigative Unit Violent Crimes Division, an expert in firearm identification, examined the images found on DEJESUS's Iphone 6s, and rendered his expert opinion.

In the images, FLORES, the first male left to right, has a semi-automatic pistol in each hand. Detective Barborini believes that FLORES is holding a semi-automatic pistol in his right hand with a rail mounted tactical type light and a visible hammer. Det. Barborini advised that the features were consistent with a Sig Sauer MK25, 9mm pistol with a Streamlight TLR-1 rail mounted light. In his left hand, FLORES appears to be holding a green semi-automatic pistol, with green frame. Detective Barborini examined the image and stated that this firearm is consistent with a Glock model 26 or model 36, which are compact Glock variants. Bayshore Pawn Shop reported one (1) Sig Sauer MK25 pistol with rail mounted light and one (1) Green Glock model 26, 9mm semi-automatic pistol stolen during the burglary.

In the image, a male identified as Jose Anibal VALENTINE, the second male in the photograph left to right, appears to be carrying three (3) firearms. In his left hand, he appears to be holding an Assault Rifle style firearm, along with a firearm in each side of his waistband. Detective Barborini stated that VALENTINE appears to be holding a DPMS AR15 ORACLE rifle in his left hand and has a semi-automatic pistol consistent with a Glock model 26 or model 36 in his left side waistband. Bayshore Pawn reported one (1) AR15, DPMS, 556

7

rifle and one (1) Glock model 36, 45 cal. semi-automatic pistol stolen during the burglary.

In the image, FIGUEROA, the third male in the photograph left to right, appears to be carrying four (4) firearms. He is holding one (1) semi-automatic pistol in his left hand, and revolver in his right hand pointed towards the camera and one firearm in each side of his waistband. Detective Barborini stated that FIGUEROA appears to be holding a firearm consistent with a Smith & Wesson revolver in his right hand, and semi-automatic pistols consistent with a Smith & Wesson SD series in each of his left hand, and tucked in the left waistband of his pants.  Bayshore Pawn Shop reported one (1) Smith & Wesson 38 special, 38 cal. revolver and two (2) Smith & Wesson SD series, semi-automatic pistols stolen during the burglary: Smith &Wesson SD40VE, 40cal. and Smith &Wesson SD9, 9mm cal.

ATF served two Facebook search warrants, issued on November 14, 2016, by Chief United States Magistrate Lynch, for FIGUEROA and B. C. Facebook Account records. (Misc. No 16-39, 16-40). FIGUEROA's Facebook account records show that FIGUEROA sent several images of firearms, appearing to be a .22 cal. Colt Woodsman; a Smith & Wesson SD series semi-automatic firearm; and a Glock model 36 with Serial number FKY245, to B.C. on July 24, 2016, the day after the Bayshore Pawn burglary. The firearms were consistent with those reported stolen from Bayshore Pawn on July 23, 2016, including the Glock model 36 with the Serial number FKY245.  FIGUEROA's Facebook account records also contain a picture of a male with glasses, covering his face with what appears to be a white shirt.  The photograph closely resembles the eyes and glasses of FIGUEROA, as well as the manner of dress of one of the suspects observed in the Bayshore Pawn burglary video.

After finding the Facebook Messenger conversations between FIGUEROA and B.C., SA Wilks reviewed B.C's public Facebook profile and found that he had a Facebook Messenger Friend "Joe CMC", who is Jose

8

Anibal VALENTINE. A review of the contents of FIGUEROA's cellular phone revealed Facebook Messenger conversations, between FIGUEROA and Facebook Account ID #100011783692660 Joe Cmc, VALENTINE, from July 22, 2016 to July 25, 2016. In the conversation on July 22, 2016, it appears that FIGUEROA and VALENTINE are discussing getting money from committing crimes (eating and getting work) and whose turn it is to assist in committing crime for the group.

In addition to listing Facebook Messenger conversations with Facebook Account ID #100011783692660 Joe Cmc, FIGUEROA's cellular phone also listed a contact "Cmc", with (561) 729-3196, as being a frequent contact. A review of the contents of DEJESUS's cellular phone also lists the aforementioned number as contact "LongLip" and was also in frequent contact. SA Wilks believes, and the evidence points to the fact that (561) 729-3196 was the cellular number for the owner of the Facebook Account ID #100011783692660, Joe Cmc, and Jose Anibal VALENTINE.

On November 30, the manager of Bayshore Pawn viewed photographs found on DEJESUS' iPhone 6s, and FIGUEROA's cellular phone and Facebook account for the purpose of jewelry and firearms identification. In a number of these photographs, the manager identified pieces of gold jewelry, including pendants, necklaces, and rings being worn by FIGUEROA, VALENTINE and FLORES, as being consistent with jewelry taken in the burglary.

The manager of Bayshore Pawn also viewed the images of FIGUEROA, VALENTINE and FLORES holding firearms. The manager identified the Sig Sauer PPK 226 with a flashlight and the green Glock model 26 9mm with a green and black finish, held by FLORES; the DPMS all black AR15 rifle, held by VALENTINE; and the silver and black Smith and Wesson SD9, held by FIGUEROA, as being like firearms taken in the burglary. After the Bayshore Pawn burglary, the stolen firearms were taken back to the home of Shay Jackson FLORES by FIGUEROA, VALENTINE, DEJESUS and FLORES, as

evidenced in the videos and photographs at FLORES' residence. Firearms nexus expert ATF SA Michael Kelly determined that these firearms were not manufactured in the state of Florida and thus travelled in interstate and foreign commerce.

On April 4, 2017, the firearm previously referenced in FIGUEROA's Facebook picture, the Glock model 36 with Serial number FKY245, was confiscated from a juvenile at 896 Pipers Cay, West Palm Beach, which is 0.2 miles and a 4 minute walk from 1012 Pipers Cay Dr. West Palm Beach, where Victoria Mia DEJESUS was living with her grandmother.

### COUNT THREE- July 20, 2016- Hobbs Act Robbery

On July 20, 2016, at approximately 4:17am, Officers responded to an armed robbery at Dunkin Donuts, 1020 West Gateway Blvd, Boynton Beach, Florida. The robbery victim, M.J., a Dunkin Donuts Manager, arrived at Dunkin Donuts and started her morning prep. At about 4:16 am, the victim heard a loud bang at the front business glass doors and through the business surveillance system saw two suspects attempting to enter the business. The victim ran into the back office, locked the door and called the police department. The two suspects shattered the entrance door with a pickaxe, entered the business and went through an open empty front register, and then attempted to force open a second cash register, which was also empty.

Suspect # 1, D'angelo FIGUEROA, was described as a white male about 6 feet 1 inches, about 200 pounds, brown/hazel eyes, black pants with what appeared to be some type of clothing covering a portion of his head/face area, black gloves.

Suspect # 2, Victoria Mia DEJESUS, was described as a black female, about 5 feet 6 inches to 5 feet 7 inches in height, about 160/165 pounds, black/blond hair- possible weave that was pinned up in the

10

back, brown eyes, wearing what appeared to be a scarf covering her mouth/nose area, camouflage army type pants. (See attached photos)

DEJESUS went to lockers located in the back of the business then attempted to open the locked office where the victim was hiding. DEJESUS, returned to the front and FIGUEROA went to the office area. FIGUEROA broke into the office as the victim tried to hold the door closed. FIGUEROA entered the office holding the pickaxe and demanded that the victim give him money from the safe.

The victim gave suspect FIGUEROA US Currency from the safe and the cash register drawer, containing US Currency, from the office desk. DEJESUS questioned the victim to make sure they had received all the money before both suspects fled the business on foot south towards the Quantum Lakes Apartment Community. Officers discovered the entry/exit gate directly south of Dunkin Donuts leading the Quantum Lakes Community was open and north of the Quantum Lakes pool area officers discovered some scattered $1 bills and an empty cash register drawer.
During the robbery DEJESUS had a cellular phone that she was using as a flashlight.
BBPD Crime Scene located blood on the bottom right edge of a drawer behind the main counter. The blood was swabbed then later sent to the Palm Beach County Sheriff's Forensic Biology Unit for analysis. The swabbed blood was later entered into Combined DNA Index System (CODIS.) A CODIS search identified a match with D'Angelo FIGUEROA.
On August 23, 2016, the Dunkin Donuts Manager identified Victoria DEJESUS, as Suspect #2, from a five (5) female photo array as the person who robbed her on July 20, 2016.
FIGUEROA's Facebook account records, which we obtained pursuant to a federal search warrant, contains a picture of a FIGUEROA with glasses, covering his face with what appears to be a white shirt, resembling the

11

disguise used in the Dunkin Donuts, as well as the manner of dress of one of the suspects observed in the Bayshore Pawn burglary video, of July 23, 2016.

Pursuant to a search warrant executed on Victoria DEJESUS's cellular phone, there are photos of DEJESUS with camouflaged pants, and scarves around her face as a means of disguise.

Dunkin Donuts is a business operating in interstate commerce. It conducts business through the internet with credit cards, and the business sells items made outside of the state of Florida, specifically its coffee, which comes from vendors located in Canada, North Carolina and New Jersey, according to Robert Oliver, the coffee buyer for Dunkin Donuts. The coffee beans themselves are grown in South America. The business did not open on time the morning of the robbery, thereby affecting interstate and foreign commerce.

### COUNT FOUR- August 17, 2016- Attempted Hobbs Act Robbery

On August 17, 2016, at about 4:32 am, Officers responded to an attempted robbery at Jupiter Donuts, 2260 West Woolbright Road, Boynton Beach, Palm Beach County, Florida. Three (3) employees, D. D., L.J., and J.H., were inside the closed business doing morning prep work, making donuts, when they heard a loud noise at the front of the business. D.D. went to the front to investigate and saw a black female using a pickaxe to break open the front glass door. The black female, later identified as Victoria DEJESUS, entered with a lighter skinned female later identified as Deztanie DEJESUS. Both of the suspects' faces were partially covered and they wore gloves. D.D. ran to the back of the store, followed by the two intruders. The lighter skinned female, grabbed D.D. and walked her around the business threatening and demanding the stores money, while attempting to locate a cash register or a business safe. Both suspects fled the business after being told that there was no safe or money in the store.

The robbery was caught on video surveillance and showed what appeared to be a light skinned female and a darker skinned female between 5'-2"-5'-04" in height, of medium stature, wearing face covering and gloves. The lighter skinned female, Deztanie DEJESUS was wearing a Florida Seminoles hat and had shoulder length blonde hair. The darker skinned female, Victoria DEJESUS, had shoulder length curly hair, with a pickaxe with wooden handle with a metal end with a point.

Jupiter Donuts imports their coffees from Ethiopia, Sumatra, Costa Rica, Guatemala, Brazil, Colombia and Nicaragua. The coffee originates outside the state of Florida, and travels in interstate commerce. In addition, the business uses the internet to transact credit card business. The day of the robbery, they did not transact business whatsoever. They turned away customers, thereby affecting interstate and foreign commerce.

Later that day, on August 17, 2016, at approximately 2:30 pm, Agents with the South County Task Force located Victoria DEJESUS in possession of a Maroon Honda Accord, taken on July 30, 2016, from Boynton Beach, Palm Beach County, Florida and Deztanie DEJESUS in possession of a Lincoln Navigator, taken on July 28, 2016, from Rockledge, Flagler County, Florida. Agents later arrested both Victoria DEJESUS and Deztanie DEJESUS for Grand Theft Auto.

Both females match the dimensions and description of the two female suspects in the aforementioned robbery.

Agents searched the truck of the Honda, locating a pickaxe, bandana and beanie, several pairs of black cloth gloves, and cash register drawer.

Agents also seized a black purse and tote bag belonging to Victoria DEJESUS. Pursuant to a state search warrant, agents searched the black purse and located a Silver Apple iPhone 6s Model A 1688 cellular phone, and discovered numerous videos showing Victoria DEJESUS and Deztanie DEJESUS in vehicles wearing masks and brandishing firearms. Several

13

videos are of Victoria DEJESUS and Deztanie DEJESUS wearing masks consistent with those worn during the Jupiter Donuts robbery. Other videos on the phone, show the two Dejesus' ▓▓▓▓ on camera with large stacks of money.

The review of the cellphone also revealed the following:
- a link sent, July 25, 2016, at approximately 11:17:39pm to number (561) 856-1600 of a news story http://m.wpbf.com/news/thieves-steals-morethan-dozen-gun, referring to the burglary of Bayshore Pawn.
- A July 30, 2016, 5:22 am, Google Search "two thefts port saint lucie";
- A July 30, 2016, 5:23 am, "VIDEO: Pickaxe used in Port St. Lucie jewelry store heist - wptv.com"; and
- An August 3, 2016, 5:29 pm, news story "Pickaxe burglars strike again in Port St. Lucie, police say - wptv.com"

Boynton Beach Police Detectives showed photo arrays of Victoria DEJESUS and Deztanie DEJESUS to each of the three victims separately. On August 23, 2016, Diaz identified Victoria Dejesus, from a photo array, as the darker skinned female, and in a separate array, identified Deztanie Dejesus as the lighter skinned female. On August 24, 2016, Hunt identified Victoria Dejesus, from a photo array, as the darker skinned female, and in a separate array, identified Deztanie Dejesus as the lighter skinned female. On August 24, 2016, Johnson identified Victoria Dejesus, from a photo array, as the darker skinned female, and in a separate array, identified Deztanie Dejesus as the lighter skinned female.

*I, VICTORIA MIA DEJESUS, am aware of and understand the nature of the charges to which I am pleading guilty, because I have discussed the charges and what the prosecutor must prove to convict me with my attorney. I understand that the United States must and can prove the following facts or elements of the offenses beyond a reasonable doubt:*

**Count Three:    Title 18, United States Code, Section 922(j)- Receiving Stolen Firearms**

1.   The Defendant possessed or received a stolen firearm or ammunition; and

2.   The firearm or ammunition had moved or was shipped in interstate or foreign commerce; and

3.   The Defendant knew or had reasonable cause to believe the firearm or ammunition was stolen.

**Counts Four and Five (Attempt)-Title 18 United States Code, Section 1951(a)-Interfering with Commerce by Threats or Violence (Robbery)**

1.   The Defendant knowingly obtained or took the personal property of another, or from the presence of another;
2.   The Defendant took the property against the persons will by means or actual or threatened force or violence or fear of injury, whether immediate or in the future; and
3.   As a result of the Defendant's actions, commerce, or an item moving in commerce, was delayed, obstructed or affected in any way or degree.

The Defendant can be found guilty of an attempt to commit an offense if the Defendant knowingly intended to commit the crime; and the Defendant's intent was strongly corroborated by her taking a substantial step toward committing the crime.

A Defendant "aids and abets" a person if the Defendant intentionally joins with the person to commit a crime. A Defendant is criminally responsible for the acts of another person if the Defendant aids and abets the other person. A Defendant is also responsible if the Defendant willfully directs or authorizes the acts of an agent, employee, or other associate.

15

"Interstate or foreign commerce" is the movement of property between different states or between the United States and any place outside the United States.

DATE: 7/17/17

DATE: 8/17/17

DATE: 8/17/17

BY:

BENJAMIN H. GREENBERG
ACTING UNITED STATES ATTORNEY

_____
CARMEN M. LINEBERGER
ASSISTANT UNITED STATES ATTORNEY

_____
LYDIA R. PITTAWAY
ATTORNEY FOR DEFENDANT

_____
VICTORIA MIA DEJESUS
DEFENDANT

16